B6C (Official Form 6C) (12/07)

In re **Richard M. Cummock,**
     **Ann M Paulus-Cummock**,
                      Debtors

Case No. **09-17859**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Household Goods and Furnishings** | | | |
| Furniture | Nev. Rev. Stat. § 21.090(1)(b) | 800.00 | 800.00 |
| Clothing | Nev. Rev. Stat. § 21.090(1)(b) | 300.00 | 300.00 |
| **Furs and Jewelry** | | | |
| weding rings and bracelets | Nev. Rev. Stat. § 21.090(1)(z) | 300.00 | 300.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| two trek bicycles | Nev. Rev. Stat. § 21.090(1)(z) | 150.00 | 150.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| His pension | Nev. Rev. Stat. § 21.090(1)(r) | 18,000.00 | 30,000.00 |
| US Air Pension | Nev. Rev. Stat. § 21.090(1)(r) | 3,000.00 | 3,000.00 |
| **Accounts Receivable** | | | |
| Settlement of a law suit in Salt Lake City, for wrongful termination (loss wages and humiliation and pain and sufering. | Nev. Rev. Stat. § 21.090(1)(g)<br>Nev. Rev. Stat. § 21.090(1)(u) | 100%<br>13,000.00 | 13,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2001 Saab | Nev. Rev. Stat. § 21.090(1)(f) | 7,200.00 | 7,200.00 |
| | Total: | **55,750.00** | **54,750.00** |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt